# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION, AT CINCINNATI

| | | |
|---|---|---|
| PATRICK KLANCAR, | : | Case No. 1:20-cv-00730-MWM-KLL |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | Magistrate Judge Karen L. Litkovitz |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | : | ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION DIRECTING DEFENDANT TO FILE THE ADMINISTRATIVE RECORD UNDER SEAL |
| Defendant. | : | |

This matter came before this Court upon Plaintiff's Unopposed Motion for Order Directing Defendant to file the Administrative Record Under Seal. Upon reviewing the Motion, the Court makes the following findings of fact and conclusions of law:

1. The administrative record in this ERISA matter contains extensive information relating to Plaintiff's health, including medical diagnoses and treatments, records from doctors' visits, results of medical tests, and psychological evaluations.

2. The Health Insurance Portability and Accountability Act of 1996 (HIPAA) and the Ohio statute governing the patient-physician privilege, R.C. 2317.02(B) prevent the disclosure of private health information.

3. Plaintiff's interest in preventing his private health information from being publicly disclosed outweighs the public's interest in having access to the administrative record in this case. There is therefore a compelling reason to seal the administrative record.

4. It would be extremely difficult, and of little public benefit, to seal only those pages that refer to Plaintiff's health information. Accordingly, sealing the entire administrative

record is the most narrowly-tailored means available for protecting Plaintiff's health information.

Accordingly, the Motion is GRANTED, and Defendant is ordered to file the administrative record under seal. IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE